UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| RAUFBHAI ALTAFBHAI GHANCHI VOHRA,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN,<br>PAMELA BONDI,<br>JOSEPH B. EDLOW,<br>LAURA ZUCHOWSKI,<br>LOREN K. MILLER,<br>TODD LYONS,<br>SAM OLSON,<br>WARDEN/JAIL ADMINISTRATOR, CLAY COUNTY JUSTICE CENTER,<br><br>Defendants. | ) | No. 2:26-cv-00379-JRO-MJD |

**ORDER**

This matter is before the Court on Counsel's Response to the November 5, 2026 Order to Show Cause and Motion for Permission to Appear Telephonically. [Dkt. 23.] The Court, being duly advised, hereby **GRANTS IN PART** and **DENIES IN PART** the motion. Counsel's motion is granted to the extent that he is permitted to attend the November 19, 2026 show cause hearing is hereby converted from in-person to **telephonic**. Mr. Shah-Khan shall attend the hearing by calling **571-353-2301, Meeting ID: 432 102 387, PIN: 3125**. Counsel for Defendant may, but need not, appear telephonically for the hearing.

SO ORDERED.

Dated: 18 NOV 2026

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record
via email generated by the Court's ECF system.